UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERT ANTHONY PEREZ,<br>Plaintiff,<br>-against-<br>WESTCHESTER COUNTY DEPARTMENT OF CORRECTIONS, ET AL.,<br>Defendants. | 25-CV-10499 (LLS)<br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated July 25, 2026, the Court dismissed the complaint but granted Plaintiff leave to file an amended complaint within 30 days if he wished to do so. Plaintiff has not filed an amended complaint, and the time to do so has expired.

Accordingly, the Court directs the Clerk of Court to enter a civil judgment in this action, dismissing Plaintiff's federal claims for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and declining supplemental jurisdiction of Plaintiff's state law claims, 28 U.S.C. § 1367(c)(3.

SO ORDERED.

Dated: September 16, 2026
New York, New York

Louis L. Stanton
Louis L. Stanton
U.S.D.J.