UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILBERT ANTHONY PEREZ,

Plaintiff,

-against-

WESTCHESTER COUNTY DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants.

25-cv-10499 (LLS)

CIVIL JUDGMENT

For the reasons stated in the September 16, 2026, Order, this action is dismissed.

SO ORDERED.

Dated: September 23, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON,
United States District Judge